UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| RICK LE,   Plaintiff,   v.   TRANSAMERICA LIFE INSURANCE COMPANY,   Defendant. | Case No. 5:21-cv-07428-EJD  **ORDER TO SHOW CAUSE** |
|---|---|

Plaintiff in the above-entitled matter have failed to file a case management conference statement or respond to Defendant's attempts to file a joint statement, in compliance with the Court's orders.

THE COURT hereby issues an ORDER TO SHOW CAUSE why Plaintiff's claims should not be dismissed for failure to prosecute, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

If plaintiff fails to file a written response to this order to show cause by August 18, 2022, the case shall be dismissed for failure to prosecute.

**IT IS SO ORDERED.**

Dated: August 9, 2022

EDWARD J. DAVILA
United States District Judge

Case No.: 5:21-cv-07428-EJD
ORDER TO SHOW CAUSE