UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RICK LE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>TRANSAMERICA LIFE INSURANCE COMPANY,<br><br>　　　　Defendant. | Case No.  5:21-cv-07428-EJD<br><br>**ORDER DISMISSING ACTION FOR FAILURE TO PROSECUTE** |

　　This action was removed from Santa Clara County Superior Court to federal court on September 23, 2021, and service of process was effectuated soon thereafter. Dkt. Nos. 1, 5, 8, 14, 19. Plaintiff has taken no further action in the case since. On August 9, 2022, the Court issued an order to show cause why this action should not be dismissed for failure to prosecute and ordered Plaintiff to file a written response by August 18, 2022. Dkt. No. 26. The Court advised Plaintiff that if he failed to file a written response by the ordered deadline, the Court would dismiss the action with prejudice. *Id.* at 1. Plaintiff did not file a written response by August 18, 2022.

　　The Court possesses the inherent power to dismiss an action *sua sponte* "to achieve the orderly and expeditious disposition of cases." *Link v. Wabash R.R. Co.*, 370 U.S. 626, 629–33 (1962). Accordingly, the Court DISMISSES this action with prejudice pursuant to Rule 41(b).

　　The Clerk of the Court shall close the file.

　　**IT IS SO ORDERED.**

Dated: August 30, 2022

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　EDWARD J. DAVILA
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

Case No.: 5:21-cv-07428-EJD
ORDER DISMISSING ACTION FOR FAILURE TO PROSECUTE
1